In the Matter of RUSSIAN KRETCHMA, INC., Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.

Argued February 20, 1947; decided April 11, 1947.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran, Wendell P. Brown* and *Otto W. G. Marquard* of counsel), for appellant.

*Henry Fogler* and *Samuel E. Miller* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.